1  Krista M. Enns (SBN: 206430)
   kenns@winston.com
2  WINSTON & STRAWN LLP
   101 California Street
3  San Francisco, CA 94111
   Telephone:    (415) 591-1000
4  Facsimile:    (415) 591-1400

5  Attorneys for Defendant
   OTSUKA PHARMACEUTICAL CO., LTD.

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10  KAREN REYNOLDS and DELMAR SCOTT        )   Case No. 1:16-cv-00357-LJO-BAM
    REYNOLDS,                              )
11                                         )   **STIPULATION TO CONTINUE**
                                           )   **BRIEFING ON DEFENDANT OTSUKA**
12            Plaintiffs,                  )   **PHARMACEUTICAL CO., LTD.'S**
                                           )   **MOTION TO DISMISS PLAINTIFFS'**
13       v.                                )   **COMPLAINT FOR LACK OF PERSONAL**
                                           )   **JURISDICTION AND ORDER**
14  BRISTOL-MYERS SQUIBB COMPANY,          )
    OTSUKA PHARMACEUTICAL CO., LTD.,       )
15  and OTSUKA AMERICA                     )
    PHARMACEUTICAL, INC.,                  )   Complaint Filed: 3/10/2016
16                                         )
17            Defendants.                  )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20                                         )
                                           )
21                                         )
                                           )
22  _____)

23

24

25

26

27

28

1       This stipulation in the above-captioned matter is made by and between the attorneys for

2   Plaintiffs Karen Reynolds and Delmar Scott Reynolds ("Plaintiffs") and Defendant Otsuka

3   Pharmaceutical Co., Ltd. ("Defendant").

4       WHEREAS, Defendant filed a motion to dismiss Plaintiffs' Complaint for lack of personal

5   jurisdiction under Federal Rule of Civil Procedure 12(b)(2) (ECF 19), to which Plaintiffs filed an

6   opposition (ECF 27), and in further support of which Defendant filed a reply (ECF 39); and

7       WHEREAS, Defendant and Plaintiffs stipulated to continue the hearing date on Defendant's

8   motion to permit jurisdictional discovery and supplemental briefing (ECF 40); and

9       WHEREAS, in light of said stipulation, the Court entered an order vacating the scheduled

10  hearing date and permitting Plaintiffs to submit a supplemental opposition by July 12, 2016 and

11  Defendant to submit a supplemental reply by July 19, 2016, after which filings the Court would take

12  the matter under submission on the papers (ECF 41); and

13      WHEREAS, on June 24, 2016, the parties to this case and 25 other similar cases pending in

14  federal courts nationwide filed a Joint Motion to Transfer before the Judicial Panel on Multidistrict

15  Litigation to transfer all of the pending cases into a multidistrict litigation; and

16      WHEREAS, on June 29, 2016, all defendants in this case filed an unopposed motion to stay

17  proceedings pending a decision by the Judicial Panel on Multidistrict Litigation on the Joint Motion

18  to Transfer (ECF 45); and

19      WHEREAS, the motion to stay is noticed for hearing on July 28, 2016 (ECF 45);

20      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties

21  hereto, that the Court should continue the supplemental briefing deadlines currently scheduled for

22  July 12, 2016 (Plaintiffs) and July 19, 2016 (Defendant) to August 18, 2016 (Plaintiffs) and August

23  25, 2016 (Defendant), respectively, to permit resolution first of the motion to stay.

24      This is the parties' first request to continue the briefing dates on Defendant's Motion to

25  Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction.  The parties previously requested to

26  continue the hearing date and to permit supplemental briefing on the motion.  All parties agree to

27  this stipulation, and the stipulation does not affect any other previously scheduled dates.

28      IT IS SO STIPULATED.

1    Dated:  July 8, 2016                    WINSTON & STRAWN LLP

2

3                                            By:   /s/ *Krista M. Enns*
                                                   Krista M. Enns

4                                            Luke A. Connelly (*pro hac vice*)
                                             200 Park Avenue
5                                            New York, NY  10166
                                             Phone: (212) 294-6882
6                                            Fax: (212) 294-4700
                                             lconnell@winston.com
7
                                             Matthew A. Campbell (*pro hac vice*)
8                                            Eric M. Goldstein (*pro hac vice*)
                                             Rand K. Brothers (*pro hac vice*)
9                                            Sarah J. Bily
                                             Erika L. Mayer
10                                           1700 K Street, N.W.
                                             Washington, DC  20006
11                                           Phone: (202) 282-5848
                                             Fax: (202) 282-5100
12                                           macampbe@winston.com
                                             egoldstein@winston.com
13                                           rbrothers@winston.com

14                                           Attorneys for Defendant
                                             OTSUKA PHARMACEUTICAL CO., LTD.
15                                           *(Appearing Specially)*

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

1   Dated:  July 8, 2016                          ROBINS KAPLAN LLP

2

3                                                 By:   /s/ *Munir R. Meghjee*
                                                        Munir R. Meghjee

4                                                       Gary L. Wilson (CA Bar # 139358)

5                                                       gwilson@robinskaplan.com
                                                        Roman M. Silberfeld (CA Bar # 62783)

6                                                       rsilberfeld@robinskaplan.com
                                                        Michael A. Geibelson (CA Bar # 179970)

7                                                       mgeibelson@robinskaplan.com
                                                        Munir R. Meghjee (*pro hac vice*)

8                                                       mmeghjee@robinskaplan.com
                                                        Megan J. McKenzie (*pro hac vice*)

9                                                       mmckenzie@robinskaplan.com
                                                        800 LaSalle Avenue

10                                                      Suite 2800
                                                        Minneapolis, MN 55402-2015

11                                                      Phone: (612) 349-8500
                                                        Fax: (612) 339-4181

12

13                                                      Attorneys for Plaintiffs

14                                                      KAREN REYNOLDS AND DELMAR SCOTT
                                                        REYNOLDS

15

16   IT IS SO ORDERED.

17

18       Dated:   __July 11, 2016__            _____/s/ Lawrence J. O'Neill_____
                                                UNITED STATES CHIEF DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28